IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KAREN PORTERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:03cv446-T |
| STATE OF ALABAMA | ) | (WO) |
| DEPARTMENT OF FINANCE and | ) | |
| JOHN McCLENNEY, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on March 16, 2005, wherein the final judgment of this court made and entered herein on May 21, 2004 (Doc. no. 36), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on April 15, 2005, and received in the office of the clerk of this court on April 18, 2005 (Doc. no. 44), it is the ORDER, JUDGMENT, and DECREE of the court that the final judgment of

this court made and entered on May 21, 2004 (Doc. no. 36),

is continued in full force effect.

DONE, this the 20th day of April, 2005.

<u>    /s/ Myron H. Thompson    </u>
**UNITED STATES DISTRICT JUDGE**